# UNITED STATES DISTRICT COURT     JS-6
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO BANUELOS RODRIGUEZ,<br><br>            Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>            Defendant. | Case No. CV 17-02290 AFM<br><br>**JUDGMENT** |

In accordance with the Memorandum Opinion and Order Reversing Decision of Commissioner and Remanding for Further Administrative Proceedings filed concurrently herewith,

IT IS ORDERED AND ADJUDGED that the decision of the Commissioner of Social Security is reversed and the matter is remanded to the Commissioner for further proceedings consistent with the Order.

DATED: 12/29/2017

_____
      ALEXANDER F. MacKINNON
   UNITED STATES MAGISTRATE JUDGE